**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KAREN WORYTKO,

                              Plaintiff,

              - against -

COUNTY OF SUFFOLK, et al.,

                              Defendants.

------------------------------------------------------------X

**JUDGMENT**

CV-03-4767 (DRH)(ARL)

      An Order of Honorable Denis R. Hurley having been filed on April 30, 2009, adopting the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated April 14, 2009, directing the Clerk of Court to dismiss plaintiff's claims with prejudice pursuant to Fed. R. Civ. Proc. 41(b) and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff's claims are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(b); and that this case is closed.

Dated: Central Islip, New York
          April 30, 2009

                                                ROBERT C. HEINEMANN
                                               CLERK OF THE COURT

                               By:   /s/ Catherine Vukovich
                                          Deputy Clerk